IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Luckey Farmers, Inc.,     Case No. 23-cv-01207

    Plaintiff,

    v.     **JUDGMENT ENTRY**

Fergus Farms, LLC,

    Defendant.
_____/

Fergus Farms, LLC

    Counterclaim Plaintiff/
    Third-Party Plaintiff

v.

Luckey Farms, Inc.,

    Counterclaim Defendant,

and

Ida Farmers Cooperative Co.,

    Third-Party Defendant.
_____/

In accordance with the order filed contemporaneously with this judgment entry, it is hereby

    ORDERED THAT:

    This case is dismissed with prejudice.

    So ordered.

                                           */s/ James G. Carr*
                                           Sr. U.S. District Judge